JOHN W. HUBER, United States Attorney (#7226)
AARON W. FLATER, Assistant United States Attorney (#9458)
STEWART M. YOUNG, Assistant United States Attorney (#14377)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email:   aaron.flater@usdoj.gov

FILED
U.S. DISTRICT COURT
2017 DEC 13  P 6: 01
DISTRICT OF UTAH
SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | VIOLATIONS   1:17CR85 RJS |
| vs. | Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition |
| GLADSTONE ADAMS, | |
| Defendant. | Count 2: 21 U.S.C. § 841(a)(1), Distribution of Cocaine Base |

The Grand Jury Charges:

### COUNT 1
18 U.S.C. § 922(g)(1)
(Possession of a Firearm and Ammunition by a Felon)

On or about July 13, 2017, in the Northern Division of the District of Utah,

GLADSTONE ADAMS,

defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting commerce a firearm and ammunition; to wit, a KSI Model 213, 9mm handgun and 16 rounds of 9mm ammunition; all in violation of 18 U.S.C. § 922(g)(1).

### COUNT 2
21 U.S.C. § 841(a)(1)
(Distribution of Cocaine base)

On or about July 13, 2017, in the Northern Division of the District of Utah,

GLADSTONE ADAMS,

the Defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

A TRUE BILL:

/S/
_____
FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney

_____
AARON W. FLATER
Assistant United States Attorney