IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GLADSTONE ADAMS, <br><br> Defendant. | Case No.   1:17CR00085 RJS <br><br> ORDER TO UNSEAL INDICTMENT (ENTIRE CASE) <br><br> Judge Robert J. Shelby |

Based on the motion of the United States, and for good cause appearing, the Court hereby grants government's motion to unseal the indictment.

DATED this **23rd** day of January, 2018.

ROBERT J. SHELBY
United States District Court Judge

1